■  In the Matter of BERNARD A. RITTERSPORN, JR., et al., Appellants, v HERBERT J. FEUER et al., Constituting the Board of Elections in the City of New York, Respondents, and KATHLEEN LARKIN, Respondent.—Judgment, Supreme Court, New York County, entered on August 20, 1975, unanimously affirmed, without costs and without disbursements. (See *Matter of Lutfy v Gangemi,* 35 NY2d 179; see disposition in *Matter of Rittersporn v Feuer,* 49 AD2d 703.) No opinion. Concur—Stevens, P. J., Markewich, Kupferman, Tilzer and Capozzoli, JJ.

■  In the Matter of BENJAMIN F. BORDEN, III, et al., Respondents, v HERBERT J. FEUER et al., Constituting the Board of Elections in the City of New York, Respondents, and LLOYD M. TARGER et al., Appellants. (And Four Other Proceedings.)—Judgment, Supreme Court, New York County, entered on August 20, 1975, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Stevens, P. J., Markewich, Kupferman, Tilzer and Capozzoli, JJ.

■  In the Matter of PETER G. HOLDEN, Appellant, v HERBERT J. FEUER et al., Constituting the Board of Elections in the City of New York, Respondents. In the Matter of CHARLES GADSDEN et al., Respondents, v HERBERT J. FEUER et al., Constituting the Board of Elections in the City of New York, Respondents, and FRANCES BROWN, Appellant.—Judgment, Supreme Court, New York County, entered on August 25, 1975, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Stevens, P. J., Markewich, Kupferman, Tilzer and Capozzoli, JJ.

■  In the Matter of JULIO VASQUEZ, Appellant-Respondent, v HERBERT J. FEUER et al., Constituting the Board of Elections in the City of New York, Respondents, and SALVATORE C. COSTANZA et al., Respondents-Appellants.—Judgment, Supreme Court, New York County, entered on August 25, 1975, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Stevens, P. J., Markewich, Kupferman, Tilzer and Capozzoli, JJ.